**Electronically Filed
Supreme Court
SCWC-22-0000051
21-AUG-2025
11:14 AM
Dkt. 13 ODAC**

SCWC-22-0000051

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

EWA VILLAGES OWNERS ASSOCIATION, by its Board of Directors,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

ROPATI JAMES TAUTUA and EMMA TUASIVI TAUTUA,
Petitioners/Defendants/Counterclaimants and Cross-Claim
Defendants-Appellants,

and

NATIONSTAR MORTGAGE LLC and ARROW FINANCIAL SERVICES, LLC,
Respondents/Defendants/Cross-Claim Defendants-Appellees,

and

CITY AND COUNTY OF HONOLULU,
Respondent/Defendant/Counterclaimant/Cross-Claimant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000051; CASE NO. 1CCV-20-0001499)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

The Application for Writ of Certiorari filed by

Petitioners/Defendants/Counterclaimants and Cross-Claim

Defendants-Appellants Ropati James Tautua and Emma Tuasivi Tautua on June 30, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 21, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Valdimir P. Devens